PROB 35

**Report and Order Terminating**
**Probation Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF UTAH

UNITED STATES OF AMERICA

        v.                        Docket Number:  2:16CR00083-001

Curtis Clark Green

On January 29, 2016, the above-named defendant was placed on supervised release for a period of 48 months. The defendant has complied with the rules of regulations of supervised release and is no longer in need of supervision.  Accordingly, it is recommended that the defendant be discharged from supervision.

                                        Respectfully submitted,

                                        *Casey Hardy Franson*

                                        Casey Hardy Franson
                                        U.S. Probation Administrative Assistant

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in this case be terminated.

Dated this __1st_____ day of __November_____, 2019.

                                     *[signature]*
                                     _____
                                      Honorable Clark Waddoups
                                      United States District Judge