12A

## UNITED STATES PROBATION OFFICE
### FOR THE DISTRICT OF UTAH

# Report on Offender Under Supervision

Name of Offender:  **Curtis Clark Green**                    Docket Number: **2:16CR00083-001**

Name of Sentencing Judicial Officer:     **Honorable Catherine C. Blake**
**U.S. District Judge, District of Maryland**

Name of Assigned Judicial Officer:       **Honorable Clark Waddoups**
**U.S. District Judge**
**(Transfer of Jurisdiction on February 18, 2016)**

Date of Original Sentence:  **January 29, 2016**

Original Offense:       **Conspiracy to Distribute and Possess With Intent to Distribute Cocaine**
Original Sentence:      **Time Served/ 48 Months Supervised Release**

Type of Supervision: **Supervised Release**          Current Supervision Began: **January 29, 2016**

## SUPERVISION SUMMARY

Pursuant to Mr. Green's letter (attached) requesting early termination of his supervised release, the following is submitted for the Court's consideration.  The regularly scheduled expiration date is January 28, 2020.

The Judicial Conference has endorsed nine criteria for assessing whether an offender who satisfies the minimal statutory factors should be recommended for early termination.  Mr. Green appears to meet all nine criteria which are: stable community reintegration, progressive strides toward supervision objectives and in compliance with all conditions of supervision, no aggravated role in the offense of conviction, particularly large drug or fraud offenses, no history of violence, no recent arrests or convictions, no recent evidence of alcohol or drug abuse, no recent psychiatric episodes, no identifiable risk to the safety of any identifiable victim and no identifiable risk to public safety.

Mr. Green has completed nearly 45 months of the 48-month term of supervised release and has made a positive adjustment to supervision. He has been cooperative and compliant with all terms of supervision. Mr. Green has maintained a stable residence with his wife throughout his term of supervised release. He has been employed with the same company since 1998.

On September 30, and October 12, 2019, contact was attempted with Assistant U.S. Attorney David Feder, District of Maryland, requesting his standing on the early termination request. As of October 16, 2019, AUSA Feder has not provided a response. The U.S. Probation Office supports early termination, based on the information outlined above. If the court concurs a Prob 35 is attached for signature.

 If the court desires more information or another course of action, please contact me at 801-535-2729.

I declare under penalty of perjury that the foregoing is true and correct.

_____
by Casey Hardy Franson
U.S. Probation Administrative Assistant
October 16, 2019

Revised 12/17

**THE COURT:**

☒ Approves the request noted above
☐ Denies the request noted above
☐ Other

Honorable Clark Waddoups
United States District Judge

Date: November 1, 2019